IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA, :
:
v. :
: CRIMINAL ACTION NO.
TRAVIS TODD, : 1:16-CR-0427-AT-30
:

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") [Doc. 1089] recommending that defendant's Motion to Suppress [Doc. 621] and Motion for Jackson-Denno Hearing [Doc. 622] be denied.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the R&R that is the subject of a proper objection on a *de novo* basis and any non-objected portion on a "clearly erroneous" standard. Defendant has filed no objections to the R&R; therefore, the Court reviews the record in this case for clear error.

After an independent review of the record, the Court finds that the R&R is correct. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R [Doc.

1089]; and **DENIES** Defendant's Motion to Suppress [Doc. 621] and Motion for Jackson-Denno Hearing [Doc. 622].

**IT IS SO ORDERED** this 19th day of September, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**